**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN COLLINS, | Case No. CV 17-0582 R (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNKNOWN, | |
| Defendant. | |

Pursuant to the Court's Order Denying Plaintiff's Request for "Permission to File Civil Rights Complaint Late," filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 18, 2017

 MANUEL L. REAL
 UNITED STATES DISTRICT JUDGE